**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-mj-242 |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| IBAN S. JACKSON, | : | |
| | : | |
| Defendant. | : | |

**ENTRY OF APPEARANCE**

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as

an attorney of record on behalf of the United States of America in the above-captioned matter.

Dated:  December 11, 2007.

                                        Respectfully submitted,

                                        COLM F. CONNOLY
                                        United States Attorney

                                         /s/ Seth M. Beausang
                                        Seth M. Beausang (DE I.D. No. 4071)
                                        Assistant United States Attorney
                                        1007 N. Orange Street, Suite 700
                                        P.O. Box 2046
                                        Wilmington, Delaware 19899-2046
                                        (302) 573-6277, ext. 149
                                        (302) 573-6220 (fax)